### J. W. FRETWELL v. GILMERS, INCORPORATED.

(Filed 15 October, 1924.)

APPEAL by defendant from *Calvert, J.,* and a jury, at October Term, 1923, of WAKE.

*Winston & Brassfield for plaintiff.*
*J. Crawford Biggs and Ratcliff & Hudson for defendant.*

PER CURIAM. From a careful inspection of the record, we can find no reversible or prejudicial error.

The judgment must stand.

No error.